Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the
Central District of Illinois

| | |
|---|---|
| **Tiffany Craw** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 22-CV-2225 |
| | ) |
| **The Clorox Company** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this case is terminated.

**Dated: 2/7/2024**

> s/ Shig Yasunaga
> Shig Yasunaga
> Clerk, U.S. District Court